■ In the Matter of BRANDON N.S., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; FRANCINE E.S., Appellant. (Appeal No. 1.) [849 NYS2d 854]—Appeal from an order of the Family Court, Oneida County (Charles C. Merrell, J.), entered October 12, 2006 in a proceeding pursuant to Family Court Act article 10. The order continued the placement of the child in foster care.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Gerard M.*, 28 AD3d 1237 [2006]). Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ In the Matter of BRANDON N.S., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; FRANCINE E.S., Appellant. (Appeal No. 2.) [849 NYS2d 868]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered January 30, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ JESSICA JACOBI, Respondent, v JEREMY R. MAJEWSKI, Defendant, and SALVATORE CALLEA, Appellant. [849 NYS2d 853]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered December 12, 2006 in a personal injury action. The order denied the motion of defendant Salvatore Callea for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 11, 2007,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.